IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-60159
Conference Calendar

_____

GERALD M. SAVAGE,

Plaintiff-Appellant,

versus

TIM BEAVERS; JAMES CAUTHEN; JESSIE MABRY;
WALTER DAVIS; TIM DOUGLAS; JAMIE CAULDWELL;
ERIC LENTS; CHRIS GILLARD,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 2:98-CV-97-D-B
--------------------

October 19, 1999

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

Gerald M. Savage, Mississippi prisoner #R2805, filed a 42 U.S.C. § 1983 suit alleging that he was improperly arrested and charged with assault of a police officer. Savage pleaded guilty to the charge and was sentenced to 4 years' imprisonment. Savage sought relief from the conviction and monetary damages.

Savage's claim for monetary damages is not cognizable in a § 1983 action, and he has no cause of action because his

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

conviction has not been invalidated.  See Johnson v. McElveen, 101 F.3d 423, 424 (5th Cir. 1996).  Accordingly, the district court's dismissal is AFFIRMED.  All motions are DENIED.